

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00554-CV

**Robert  Peterson**

**v.**

**Roger Kroschel, III**

NO. 57875 IN THE 149TH DISTRICT COURT OF BRAZORIA COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 08/18/2014 | E-PAID | APE |
| MT FEE | $10.00 | 07/16/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 06/06/2014 | E-PAID | APE |
| MT FEE | $10.00 | 04/11/2014 | E-PAID | APE |
| RPT RECORD | $2,475.80 | 03/02/2014 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/19/2013 | E-PAID | APE |
| MT FEE | $10.00 | 11/19/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 11/19/2013 | E-PAID | APE |
| CLK RECORD | $1,442.00 | 09/30/2013 | UNKNOWN | ANT |
| FILING | $175.00 | 07/10/2013 | PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $4,152.80.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby

certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this August 14, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**